UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAURICE DAVIS, | Case No.: 12-CV-02999-LHK |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO DISQUALIFY JUDGE |
| UNITED STATES PARALYMPICS-USOC; UNITED STATES OLYMPIC COMMITTEE; INTERNATIONAL PARALYMPIC COMMITTEE, | |
| Defendants. | |

Before the Court is Plaintiff's motion to disqualify District Judge Lucy H. Koh from the above-captioned case. On August 6, 2012, Plaintiff was denied leave to proceed in forma pauperis, and this case was dismissed. ECF No. 12. For this reason, Plaintiff's motion to disqualify Judge Koh is DENIED as moot. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 28, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-02999-LHK
ORDER DENYING MOTION TO DISQUALIFY JUDGE