UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAURICE DAVIS,<br><br>                Plaintiff,<br>    v.<br><br>UNITED STATES PARALYMPICS-USOC;<br>UNITED STATES OLYMPIC COMMITTEE;<br>INTERNATIONAL PARALYMPIC<br>COMMITTEE,<br><br>                Defendants. | Case No.: 12-CV-02999-LHK<br><br>ORDER DENYING MOTION TO DISQUALIFY JUDGE |

Before the Court is Plaintiff's motion to disqualify District Judge Lucy H. Koh from the above-captioned case. On August 6, 2012, Plaintiff was denied leave to proceed in forma pauperis, and this case was dismissed. ECF No. 12. For this reason, Plaintiff's motion to disqualify Judge Koh is DENIED as moot. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 28, 2012

                                               *Lucy H. Koh*
LUCY H. KOH
United States District Judge